Before STATE INDUSTRIAL BOARD, Respondent. ESTHER FRIED and Others, Respondents, v. QUINLAN, INC., and Another, Appellants.— Award reversed and

claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of the employment.   All concur.